MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY
Division of Law
124 Halsey Street, P.O. Box 45029
Newark, New Jersey 07101
*Attorney for Defendants Matthew J. Platkin, Phil Murphy, and Patrick J. Callahan*

By:   Giancarlo Genaro Piccinini (414322022)
      *Deputy Attorney General*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Lily Hague, Second Amendment Foundation, Inc., New Jersey Firearms Owners Syndicate,<br><br>Plaintiffs,<br><br>v.<br><br>Matthew J. Platkin, in his official capacity, Raymond S. Santiago, in his official capacity, George Baumann, in his official capacity, Pamela Bondi, in her official capacity, Phil Murphy, in his official capacity, and Patrick J. Callahan, in his official capacity,<br><br>Defendants. | Hon. Robert Kirsch, U.S.D.J.<br>Hon. Rukhsanah L. Singh, U.S.M.J.<br><br>Docket No. 3:25-cv-8826<br><br>Civil Action<br><br>**APPLICATION PURSUANT TO LOCAL CIVIL RULE 6.1(b) FOR AN EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND** |

Pursuant to Local Civil Rule 6.1(b), application is hereby made for a Clerk's Order extending time within which Defendants Matthew J. Platkin, Phil Murphy, and Patrick J. Callahan may answer, move, or otherwise respond to Plaintiffs' Complaint; it is represented that:

1. No prior extension has been obtained by these Defendants.

2. These Defendants were served on June 26, 2025.

3. The original deadline for these Defendants to answer, move, or otherwise respond is July 17, 2025.

                Respectfully submitted,

                MATTHEW J. PLATKIN
                ATTORNEY GENERAL OF NEW JERSEY

                By:   /s/ *Giancarlo G. Piccinini*
                        Giancarlo Genaro Piccinini
                        *Deputy Attorney General*
                        Giancarlo.Piccinini@law.njoag.gov

Dated:    July 8, 2025
            Newark, New Jersey

           *                 *                *

It is hereby **ORDERED** that the above application for an extension of time within which these Defendants shall answer, move, or otherwise respond to Plaintiffs' Complaint is **GRANTED** and extended to July 31, 2025.

                MELISSA E. RHOADS, CLERK

                By:   _____
                        *Deputy Clerk*

Dated: