

U.S. DISTRICT COURT DISTRICT OF NEW JERSEY

## APPLICATION FOR REFUND OF FEES PAID ELECTRONICALLY

**Background:**

Pursuant to the Court's Electronic Case Filing Policies and Procedures at Paragraph #5, when a document has been filed electronically, the official record of the document is the electronic recording as stored by the court, and the filing party is bound by the document filed. A document filed electronically is deemed filed on the date and time stated on the Notice of Electronic Filing from the Court.

Judicial Conference Policy generally prohibits the refund of fees, however refunds may be issued upon approval under limited circumstances, such as:

a. When an overpayment has been made by the filer, or

b. When a duplicate, identical complaint, notice of removal, a notice of appeal, petition for writ of habeas corpus, or pro hac vice request for NEF is filed more than once by the same attorney or the same law firm.

1. A request for a refund of fees paid via **Pay.gov** shall be made by this application which must be filed electronically with the Clerk of Court.

2. Upon filing, the Clerk's Office will review the application and, if appropriate, issue a Clerk's Order approving a refund, signed by the Clerk or his/her designee.

3. All other applications for refund will be directed to the assigned judge.

4. The Finance Department will issue a refund through Pay.gov against the credit card used. Refunds for ACH transactions require a check be issued by the Clerk of Court. (If it was an ACH transaction, please indicate the payee name and address that the check will be sent to below.)

Name: SHANNON GARRAHAN          Case number: 3:25-CV-08826-RK-RLS

Date of request: 07/28/2025          Date of transaction: _____

Current address: 2 FOREST AVENUE

**Receipt** number or **Pay.gov** tracking ID number: ATTACHED

Reason for refund: PAID FILING FEE IN THE AMOUNT OF $ 405.00 TWICE.

_____

_____.

**\*\*Please attach a copy of all receipts associated with the filing.\*\***

# LAW OFFICES OF SHANNON GARRAHAN, P.C.
## 2 FOREST AVENUE-SECOND FLOOR
## ORADELL, NEW JERSEY 07649

Telephone: (201) 909-0700
Facsimile: (201) 909-5110
Electronic Mail: shannonaal@msn.com

July 1, 2025

VIA FACSIMILE AND CERTIFIED MAIL, RRR
PACER SERVICE CENTER
PO BOX 780549
SAN ANTONIO, TEXAS 78278
Attn: REFUNDS

RE: Refund in the amount of $ 405.00
    Account Number: 2682802

Dear Sir/Madam:

Regarding the above captioned matter, enclosed please find Refund Request form and credit card statement evidencing charge in the amount of $ 405.00 twice. One complaint was filed on June 9. 2025 and accordingly a refund to the credit card charged in requested.

Thank you for your consideration and courtesies in this matter.

Respectfully yours,

Shannon Garrahan, Esq.

via facsimile and cm:rrr



# PACER Service Center (PSC)
P.O. Box 780549
San Antonio, TX 78278

## REFUND FORM

Phone number: (800) 676-6856 | Fax number: (210) 301-6441 | Email: pacer@psc.uscourts.gov

Complete this form and submit it with a **letter of request** to receive a refund for payments made to the PACER Service Center. You may forward your documentation by fax or mail to the above address. Please allow 4–6 weeks for payment processing. In most cases, refunds will be issued via electronic funds transfer or back to the credit card used originally. The refund will appear as a credit to your checking or savings account or your credit card statement. Complete Sections I and IV for refund by credit card. Complete Sections II and IV for refund by electronic check. **Please type or print clearly.**

Account number: 2682802

Firm name: LAW OFFICES OF SHANNON GARRAHAN, P.C.

POC: SHANNON GARRAHAN

**Section I**    ✔ Refund **credit card** previously used (check box and proceed to Section IV)

**Section II**    Payment Information (Payment will be made by **electronic funds transfer**)

**Payee**

Name:
Address:

City:            State:
Zip:
SSN/Tax ID:

**Financial Institution**

Name of bank:
City of bank:            State of bank:
Zip of bank:
Routing number:
Account Number:
Type of Acct:    Checking: ☐        Savings: ☐

**Section III**  Notes:

**Section IV**

2019090700
Phone number

SHANNON GARRAHAN
Printed name of payee

07/01/2025
Date

Signature of payee

Fax to:
(210) 301-6441

OR

Mail to:
PACER Service Center PACER
Registration
P.O. Box 780549
San Antonio, TX 78278-0549

Menu     Log Out

| ····12001 ⌄ | Statements & Activity ⌄ |

**Showing Card Activity:**

May 20 to Jun 18, 2025

**Transactions** (from May 20 to Jun 18)

⬇ Download    🖨 Print    🏷 Tag

All Transactions    Category ▾    Type ▾

☐ Select All (22 Transactions)

Date ⌄             Amount
Description

☐ Jun 16      3X Points      ~~$10.65~~

~~DISCORD NITRO MONTHLY SAN FRANCISCO CA~~

☐ Jun 16      3X Points      ~~$25.00~~

~~NEW JERSEY E-ZPASS 888-288-6865 NJ~~

☐ Jun 15      3X Points      ~~$21.00~~

~~SP RHO NUTRITION MANN NJ~~

Chat

Menu  🔍  Log Out

•••• 12001  ⌄

| | | |
|---|---|---|
| ☐ Jun 12 | Credit | ~~$1,867.00~~ |

~~ONLINE PAYMENT - THANK YOU~~

| | | |
|---|---|---|
| ☐ Jun 12 | 3X Points | ~~$34.96~~ |

~~SIRIUS XM RADIO INC.888-635-5144 NY~~

| | | |
|---|---|---|
| ☐ Jun 11 | 3X Points | ~~$150.00~~ |

~~FD*ST PETERONE APO RIVER EDGE NJ~~

| | | |
|---|---|---|
| ☐ Jun 9 | 3X Points | $405.00 |

COURTS/USDC-NJ-PG 00TRENTON NJ

| | | |
|---|---|---|
| ☐ Jun 9 | 3X Points | $405.00 |

COURTS/USDC-NJ-PG 00TRENTON NJ

| | | |
|---|---|---|
| ☐ Jun 9 | 3X Points | ~~$25.00~~ |

~~NEW JERSEY E-Z PASS 888-288-6865 NJ~~

| | | |
|---|---|---|
| ☐ Jun 9 | 3X Points | ~~$60.00~~ |

~~OUTSCHOOL.COM SAN FRANCISCO CA~~