UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LILY HAGUE et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MATTHEW J. PLATKIN et al.,<br><br>Defendants. | Hon. Robert Kirsch, U.S.D.J.<br>Hon. Rukhsanah L. Singh, U.S.M.J.<br><br>Civil Action No.: 3:25-cv-8826<br><br>Civil Action<br><br>**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE
AS TO ALL CLAIMS AGAINST DEFENDANT PHIL MURPHY**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs and Defendants hereby stipulate that Plaintiffs' claim against Defendant Phil Murphy, in his official capacity as the Governor of the State of New Jersey, is to be dismissed in its entirety without prejudice, and without costs and attorneys' fees assessed against either party. United States Attorney General Pamela Bondi has not made an appearance in this matter and is therefore not a party to this joint stipulation. The dismissal shall be effective upon filing of this joint stipulation.

| | |
|---|---|
| WHITEFORD, TAYLOR & PRESTON LLC | MATTHEW J. PLATKIN<br>ATTORNEY GENERAL OF NEW JERSEY |
| By: */s/ Bradley P. Lehman*<br>    Bradley Lehman, Esq.<br>    *Attorney for Plaintiffs* | By: */s/ Giancarlo G. Piccinini*<br>    Giancarlo Genaro Piccinini<br>    *Deputy Attorney General*<br>    *Attorney for Defendants Phil Murphy, Matthew J. Platkin, Patrick J. Callahan, and Raymond S. Santiago* |

CHAMLIN ULIANO & WALSH

By: _____
Charles John Uliano, Esq.
*Attorneys for Defendant George Baumann*

Dated: August 11, 2025