**CHAMLIN ULIANO & WALSH**

JOSEPH E. KELLEY, III
OF COUNSEL
NJ BAR

KELLY H. ULIANO
KHULIANO@CHAMLINLAW.COM
OF COUNSEL
NJ & NY BARS

ATTORNEYS AT LAW

CHARLES J. ULIANO
CJULIANO@CHAMLINLAW.COM
CERTIFIED BY THE SUPREME COURT OF N.J.
AS A CIVIL TRIAL ATTORNEY
CERTIFIED BY THE SUPREME COURT OF N.J.
AS A CRIMINAL TRIAL ATTORNEY

KENNETH W. CHAMLIN
KWCHAMLIN@CHAMLINLAW.COM
NJ & NY BARS

ANDREW T. WALSH
ATWALSH@CHAMLINLAW.COM
NJ BAR

JAMES J. ULIANO
JJULIANO@CHAMLINLAW.COM
NJ & NY BARS

ELIZABETH ULIANO GIBLIN
EUGIBLIN@CHAMLINLAW.COM
NJ & PA BARS

IN MEMORIAM:
GEORGE M. CHAMLIN
(1960-2001)

January 15, 2026

<u>*Via CM/ECF*</u>
The Hon. Rukhsanah L. Singh, U.S.M.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

    **Re:**  Lily Hague v. George Baumann, et al.
       Case No. 3:25-cv-08826-RK-RLS

Dear Judge Singh:

  This Office represents George Baumann, Chief of Police for Freehold Township, State of New Jersey in the above-referenced matter. Consistent with Your Honor's Order entered on November 17, 2025 *see* ECF No. 39, the Parties respectfully submit this joint status letter.

  On September 26, 2025, counsel for Defendant George Baumann served interrogatories limited to the issue of Standing upon Plaintiffs. On November 11, 2025, Plaintiffs produced their responses to Defendant Baumann.

  On October 15, 2025 counsel for the State Defendants served their first set of interrogatories and requests for production of documents to Plaintiffs. On December 5, 2025, Plaintiffs produced their responses to the State Defendants.

  No other discovery has yet been requested in this matter.

               Respectfully submitted,

**CHAMLIN, ULIANO & WALSH, P.A.**

By: /s/ *Charles J. Uliano*
CHARLES J. ULIANO, Esq.
*Attorney for Defendant Baumann*

**MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY**

By: /s/ *Jonathan B. Mangel*
Jonathan B. Mangel
Deputy Attorney General
*Attorney for State Defendants*

**WHITEFORD, TAYLOR & PRESTON, LLP**

By: /s/ *Bradley P. Lehman*
Bradley P. Lehman, Esq.
*Attorney for Plaintiffs*