

| | ***State of New Jersey*** | |
|---|---|---|
| MIKIE SHERRILL<br>*Governor*<br>DR. DALE G. CALDWELL<br>*Lt. Governor* | DEPARTMENT OF LAW AND PUBLIC SAFETY<br>DIVISION OF LAW<br>PO Box 45029<br>Newark, NJ 07101 | JENNIFER DAVENPORT<br>*Attorney General*<br>MICHAEL C. WALTERS<br>Director |

March 27, 2026

**<u>VIA CM/ECF</u>**

Hon. Rukhsanah L. Singh, U.S.M.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

   Re: *Lily Hague et al. v. Jennifer Davenport et al.* (Docket No. 3:25-cv-08826-RK-RLS)

Dear Judge Singh:

   This Office represents State Defendants, Jennifer Davenport, Attorney General of the State of New Jersey, Lt. Colonel Jeanne Hengemuhle, Acting Superintendent of the New Jersey State Police, and Raymond S. Santiago, Monmouth County Prosecutor, in the above-referenced matter.

   Consistent with Your Honor's Text Order entered on February 20, 2026, *see* ECF No. 47, the Parties respectfully submit this joint status letter in anticipation of the upcoming status conference scheduled for April 1, 2026 at 3:30 p.m.

   On March 16, 2026, Counsel for Defendant Chief Baumann sent a letter to the Court formally joining the State Defendants' expert disclosures. *See* ECF No. 48.

   On March 23, 2026, counsel for State Defendants served on Plaintiffs' counsel expert disclosures pursuant to the deadline ordered by this Court February 20, 2026. *See* ECF 47.





No other expert discovery has yet been requested in this matter.

Respectfully submitted,

JENNIFER DAVENPORT
ATTORNEY GENERAL OF NEW JERSEY

By:    */s/ Jonathan B. Mangel*
       Jonathan B. Mangel
       Deputy Attorney General
       *Attorney for State Defendants*

CHAMLIN, ULIANO & WALSH, PA

By:    */s/ Charles J. Uliano*
       Charles J. Uliano, Esq.
       *Attorney for Defendant Baumann*

WHITEFORD, TAYLOR & PRESTON, LLP

By:    */s/ Bradley P. Lehman*
       Bradley P. Lehman, Esq.
       *Attorney for Plaintiffs*

