MIKIE SHERRILL
*Governor*

DR. DALE G. CALDWELL
*Lt. Governor*

*State of New Jersey*
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
PO Box 45029
Newark, NJ 07101

JENNIFER DAVENPORT
*Attorney General*

MICHAEL C. WALTERS
Director

June 12, 2026

**VIA CM/ECF**
Hon. Rukhsanah L. Singh, U.S.M.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

Re: *Lily Hague et al. v. Jennifer Davenport et al.* (Docket No. 3:25-cv-08826)

Dear Judge Singh:

This office represents State Defendants in the above-captioned matter. We are in receipt of counsel for Acting U.S. Attorney General Todd Blanche's ("Federal Defendant") recent entry of appearance on this case and spoke with the Federal Defendant's counsel earlier this week.

Consistent with Your Honor's April 2, 2026 text order (ECF No. 51), on April 16, 2026, the Plaintiffs, State Defendants, and Defendant Baumann jointly submitted a proposed briefing schedule for motions for summary judgment. *See* ECF No. 52. To date, that proposed schedule has not been entered by the Court. On April 28, 2026, Plaintiffs' counsel filed a request for Clerk's Entry of Default against the Federal Defendant, *see* ECF No. 54. The Clerk entered the default on April 29, 2026. On May 26, 2026, the United States Attorney's Office submitted a letter clarifying the status of service on the Federal Defendant and requesting that the Court lift the Clerk's Entry of Default, *see* ECF No. 55. On June 3, 2026, counsel for the Federal Defendant entered an appearance in this matter. *See* ECF No. 58.

In light of this development, Plaintiffs, State Defendants, amd Defendant Baumann no longer believe that the proposed summary judgment briefing schedule is approproriate, since the Federal Defendant should have an opportunity to participate in sumary judgment briefing. All parties respectfully request that the Court schedule a case management conference to discuss next steps.

Thank you for the Court's consideration of this matter.

Respectfully submitted,

JENNIFER DAVENPORT
ATTORNEY GENERAL OF NEW JERSEY

By: */s/ Amanda McElfresh*
Amanda McElfresh
Deputy Attorney General
*Attorney for State Defendants*

CHAMLIN, ULIANO & WALSH, PA

By: */s/ Charles J. Uliano*
Charles J. Uliano, Esq.
*Attorney for Defendant Baumann*

ROBERT FRAZER
UNITED STATES ATTORNEY

By: */s/ Kevin J. Maggio*
Kevin J. Maggio
Assistant United States Attorney
*Attorney for Federal Defendant*

WHITEFORD, TAYLOR & PRESTON, LLP

By: */s/ Bradley P. Lehman*
Bradley P. Lehman, Esq.
*Attorney for Plaintiffs*