**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
UNITED STATES ATTORNEY

*Kevin J. Maggio*
*Assistant United States Attorney*
*Senior Trial Counsel, Civil Division*

*401 Market Street, 4th Floor*
*P.O. Box 2098*
*Camden, NJ 08101*

*Main: (856) 757-5105*
*Direct: (973) 986-6708*
*kevin.maggio@usdoj.gov*

July 22, 2026

**Via Electronic Filing**
Hon. Rukhsanah L. Singh, U.S.D.J.
United States District Court
Clarkson S. Fisher Building
& U.S. Courthouse
402 East State Street
Trenton, NJ 08608

**Re: *Hague v. Platkin*, No. 25-cv-8826 (RK) (RLS)**
**Joint Status Update**

Dear Judge Singh:

This Office represents the Federal Defendant in the above-referenced matter. We respectfully write on behalf of the Parties to provide a status update in accordance with Your Honor's June 22, 2026 Text Order (ECF No. 62).

Plaintiffs effected service on this Office on July 9, 2026. Therefore, the Federal Defendant's deadline to respond to the Complaint (ECF No. 1) is September 8, 2026. *See* Fed. R. Civ. P. 12(a)(2). Additionally, this Office has reviewed the discovery exchanged between the Parties to date and concluded that it is satisfactory for the Federal Defendant's purposes. Consequently, the Federal Defendant does not intend to seek additional discovery in this matter.

In light of the foregoing, the Parties propose the following schedule:

- The Federal Defendant will answer the Complaint and serve initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) on or before September 8, 2026; and

- The Parties will file a joint letter requesting a pre-motion conference with the Honorable Robert Kirsch, for purposes of setting a summary

judgment briefing schedule, within 30 days of the filing of the Federal Defendant's answer.[1]

If this proposal meets with the Court's approval, we respectfully request that Your Honor "So Order" this letter and have the Clerk's Office file it on the docket. We thank the Court for its consideration of this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: *s/ Kevin J. Maggio*
KEVIN J. MAGGIO
Assistant United States Attorney
Senior Trial Counsel, Civil Division
*Attorneys for the Federal Defendant*

cc: All counsel of record (*via electronic filing*)

[1] *See* Hon. Robert Kirsch, U.S.D.J., *Rules and Procedures* at I.B., *available at* https://www.njd.uscourts.gov/sites/njd/files/RulesAndProceduresRK.pdf (last visited July 22, 2026).