ROBERT FRAZER
United States Attorney
KEVIN J. MAGGIO
Assistant United States Attorney
Senior Trial Counsel, Civil Division
401 Market Street, 4th Floor
Camden, NJ 08101
(973) 986-6708
Kevin.Maggio@usdoj.gov
*Attorneys for the Federal Defendant*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| LILY HAGUE *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>MATTHEW J. PLATKIN, *et al.*,<br><br>*Defendants.* | Hon. Robert Kirsch, U.S.D.J.<br>Hon. Rukhsanah L. Singh, U.S.M.J.<br><br>Civil Action No. 25-8826 (RK) (RLS)<br><br>**THE FEDERAL DEFENDANT'S ANSWER AND SEPARATE DEFENSES TO THE COMPLAINT** |

United States Attorney General Todd Blanche, in his official capacity (the "Federal Defendant"), answers Lily Hague, Second Amendment Foundation, Inc., and New Jersey Firearms Owners Syndicate's (collectively, "Plaintiffs") Complaint (ECF No. 1) upon information and belief as follows:[1]

[1] The Federal Defendant denies every factual allegation set forth in the Complaint except as expressly admitted or qualified herein. In addition, the Complaint contains headings and subheadings. The Federal Defendant does not admit that the Complaint's headings or subheadings are accurate or appropriate for any purpose and, to the extent that any heading or subheading can be read to contain factual allegations, the Federal Defendant denies each of them.

## PRELIMINARY STATEMENT

1. Admit in part and deny in part. The Federal Defendant admits that Todd Blanche is the United States Attorney General with a principal office at U.S. Department of Justice, 950 Pennsylvania Avenue NW, Washington, DC 20530. The Federal Defendant denies that Pamela Jo Bondi is the United States Attorney General. The Federal Defendant lacks sufficient information or knowledge to admit or deny the remaining allegations in this paragraph.

2. The Federal Defendant lacks sufficient information or knowledge to admit or deny the allegations in the first and second sentences of this paragraph. The remainder of this paragraph states legal conclusions, not allegations of fact to which a response is required.

3. This paragraph consists of Plaintiffs' characterization of this action and legal conclusions, not allegations of fact to which a response is required. Additionally, the source referenced in this paragraph speaks for itself and provides the best evidence of its content. To the extent the allegations in this paragraph are inconsistent with the content of the referenced source, the Federal Defendant denies them.

4. This paragraph states legal conclusions, not allegations of fact to which a response is required. Additionally, the source referenced in this paragraph speaks for itself and provides the best evidence of its content. To the extent the allegations in this paragraph are inconsistent with the content of the referenced source, the Federal Defendant denies them.

5. This paragraph states legal conclusions, not allegations of fact to which a response is required. Additionally, the source referenced in this paragraph speaks for itself and provides the best evidence of its content. To the extent the allegations in this paragraph are inconsistent with the content of the referenced source, the Federal Defendant denies them.

6. This paragraph states legal conclusions, not allegations of fact to which a response is required. Additionally, the source referenced in this paragraph speaks for itself and provides the best evidence of its content. To the extent the allegations in this paragraph are inconsistent with the content of the referenced source, the Federal Defendant denies them.

7. This paragraph states legal conclusions, not allegations of fact to which a response is required. Additionally, the referenced sources speak for themselves and provide the best evidence of their content. To the extent the allegations in this paragraph are inconsistent with the content of the referenced sources, the Federal Defendant denies them.

8. This paragraph states legal conclusions, not allegations of fact to which a response is required. Additionally, the referenced sources speak for themselves and provide the best evidence of their content. To the extent the allegations in this paragraph are inconsistent with the content of the referenced sources, the Federal Defendant denies them.

9. This paragraph states legal conclusions, not allegations of fact to which a response is required. Additionally, the source referenced in this paragraph speaks for itself and provides the best evidence of its content. To the extent the allegations

in this paragraph are inconsistent with the content of the referenced source, the Federal Defendant denies them.

10. This paragraph states legal conclusions, not allegations of fact to which a response is required. Additionally, the source referenced in this paragraph speaks for itself and provides the best evidence of its content. To the extent the allegations in this paragraph are inconsistent with the content of the referenced source, the Federal Defendant denies them.

11. This paragraph states legal conclusions, not allegations of fact to which a response is required. Additionally, the source referenced in this paragraph speaks for itself and provides the best evidence of its content. To the extent the allegations in this paragraph are inconsistent with the content of the referenced source, the Federal Defendant denies them.

12. This paragraph states legal conclusions, not allegations of fact to which a response is required. Additionally, the referenced sources speak for themselves and provide the best evidence of their content. To the extent the allegations in this paragraph are inconsistent with the content of the referenced sources, the Federal Defendant denies them.

13. This paragraph states legal conclusions, not allegations of fact to which a response is required. Additionally, the source referenced in this paragraph speaks for itself and provides the best evidence of its content. To the extent the allegations in this paragraph are inconsistent with the content of the referenced source, the Federal Defendant denies them.

14. This paragraph states legal conclusions, not allegations of fact to which a response is required.

15. This paragraph states legal conclusions, not allegations of fact to which a response is required.

16. This paragraph states legal conclusions, not allegations of fact to which a response is required.

## JURISDICTION AND VENUE

17. This paragraph states legal conclusions, not allegations of fact to which a response is required.

## PARTIES

### *Plaintiff Lily Hague*

18. The Federal Defendant lacks sufficient information or knowledge to admit or deny the allegations in this paragraph.

19. The Federal Defendant lacks sufficient information or knowledge to admit or deny the allegations in this paragraph.

20. This paragraph states legal conclusions, not allegations of fact to which a response is required. Additionally, the Federal Defendant lacks sufficient information or knowledge to admit or deny the allegations in this paragraph.

21. The Federal Defendant lacks sufficient information or knowledge to admit or deny the allegations in this paragraph.

22. The Federal Defendant lacks sufficient information or knowledge to admit or deny the allegations in this paragraph.

23. The Federal Defendant lacks sufficient information or knowledge to admit or deny the allegations in this paragraph.

24. This paragraph states legal conclusions, not allegations of fact to which a response is required. Additionally, the Federal Defendant lacks sufficient information or knowledge to admit or deny the allegations in this paragraph.

25. The Federal Defendant lacks sufficient information or knowledge to admit or deny the allegations in this paragraph.

***Plaintiff Second Amendment Foundation, Inc.***

26. The Federal Defendant lacks sufficient information or knowledge to admit or deny the allegations in this paragraph.

27. This paragraph states legal conclusions, not allegations of fact to which a response is required. To the extent such allegations can be construed as factual assertions, the Federal Defendant lacks sufficient information or knowledge to admit or deny the allegations in this paragraph and therefore denies them.

28. This paragraph states legal conclusions, not allegations of fact to which a response is required. To the extent such allegations can be construed as factual assertions, the Federal Defendant lacks sufficient information or knowledge to admit or deny the allegations in this paragraph and therefore denies them.

***Plaintiff New Jersey Firearms Owners Syndicate***

29. The Federal Defendant lacks sufficient information or knowledge to admit or deny the allegations in this paragraph.

30. This paragraph states legal conclusions, not allegations of fact to which a response is required. To the extent such allegations can be construed as factual

assertions, the Federal Defendant lacks sufficient information or knowledge to admit or deny the allegations in this paragraph and therefore denies them.

31. This paragraph states legal conclusions, not allegations of fact to which a response is required. To the extent such allegations can be construed as factual assertions, the Federal Defendant lacks sufficient information or knowledge to admit or deny the allegations in this paragraph and therefore denies them.

32. The Federal Defendant lacks sufficient information or knowledge to admit or deny the allegations in this paragraph.

***Defendant Phil Murphy***

33. The allegations in this paragraph are not directed toward the Federal Defendant. Therefore, no response is required.

34. The allegations in this paragraph are not directed toward the Federal Defendant. Therefore, no response is required.

35. The allegations in this paragraph are not directed toward the Federal Defendant. Therefore, no response is required.

36. The allegations in this paragraph are not directed toward the Federal Defendant. Therefore, no response is required.

***Defendant Matthew J. Platkin***

37. The allegations in this paragraph are not directed toward the Federal Defendant. Therefore, no response is required.

38. The allegations in this paragraph are not directed toward the Federal Defendant. Therefore, no response is required.

39. The allegations in this paragraph are not directed toward the Federal Defendant. Therefore, no response is required.

40. The allegations in this paragraph are not directed toward the Federal Defendant. Therefore, no response is required.

41. The allegations in this paragraph are not directed toward the Federal Defendant. Therefore, no response is required.

42. The allegations in this paragraph are not directed toward the Federal Defendant. Therefore, no response is required.

***Defendant Colonel Patrick J. Callahan***

43. The allegations in this paragraph are not directed toward the Federal Defendant. Therefore, no response is required.

44. The allegations in this paragraph are not directed toward the Federal Defendant. Therefore, no response is required.

45. The allegations in this paragraph are not directed toward the Federal Defendant. Therefore, no response is required.

46. The allegations in this paragraph are not directed toward the Federal Defendant. Therefore, no response is required.

47. The allegations in this paragraph are not directed toward the Federal Defendant. Therefore, no response is required.

***Defendant Raymond S. Santiago***

48. The allegations in this paragraph are not directed toward the Federal Defendant. Therefore, no response is required.

49. The allegations in this paragraph are not directed toward the Federal Defendant. Therefore, no response is required.

50. The allegations in this paragraph are not directed toward the Federal Defendant. Therefore, no response is required.

51. The allegations in this paragraph are not directed toward the Federal Defendant. Therefore, no response is required.

52. The allegations in this paragraph are not directed toward the Federal Defendant. Therefore, no response is required.

***Defendant George Baumann***

53. The allegations in this paragraph are not directed toward the Federal Defendant. Therefore, no response is required.

54. The allegations in this paragraph are not directed toward the Federal Defendant. Therefore, no response is required.

55. The allegations in this paragraph are not directed toward the Federal Defendant. Therefore, no response is required.

56. The allegations in this paragraph are not directed toward the Federal Defendant. Therefore, no response is required.

***Defendant Pamela Bondi***

57. The Federal Defendant denies that Pamela Jo Bondi is the United States Attorney General and avers that Todd Blanche is the United States Attorney General. The remaining allegations in this paragraph state legal conclusions, not allegations of fact to which a response is required.

58. The Federal Defendant denies that Pamela Jo Bondi is the United States Attorney General and avers that Todd Blanche is the United States Attorney General. The remaining allegations in this paragraph state legal conclusions, not allegations of fact to which a response is required.

## ALLEGATIONS COMMON TO ALL CLAIMS

### New Jersey's General Statutory Scheme Regulating Firearms

59. This paragraph states legal conclusions, not allegations of fact to which a response is required. Additionally, the referenced sources speak for themselves and provide the best evidence of their content. To the extent the allegations in this paragraph are inconsistent with the content of the referenced sources, the Federal Defendant denies them.

60. This paragraph states legal conclusions, not allegations of fact to which a response is required. Additionally, the referenced sources speak for themselves and provide the best evidence of their content. To the extent the allegations in this paragraph are inconsistent with the content of the referenced sources, the Federal Defendant denies them.

61. This paragraph states legal conclusions, not allegations of fact to which a response is required. Additionally, the referenced sources speak for themselves and provide the best evidence of their content. To the extent the allegations in this paragraph are inconsistent with the content of the referenced sources, the Federal Defendant denies them.

62. This paragraph states legal conclusions, not allegations of fact to which a response is required. Additionally, the referenced sources speak for themselves

and provide the best evidence of their content. To the extent the allegations in this paragraph are inconsistent with the content of the referenced sources, the Federal Defendant denies them.

**New Jersey's Age-Based Firearms Restrictions**

63. This paragraph states legal conclusions, not allegations of fact to which a response is required. Additionally, the referenced sources speak for themselves and provide the best evidence of their content. To the extent the allegations in this paragraph are inconsistent with the content of the referenced sources, the Federal Defendant denies them.

64. This paragraph states legal conclusions, not allegations of fact to which a response is required. Additionally, the referenced sources speak for themselves and provide the best evidence of their content. To the extent the allegations in this paragraph are inconsistent with the content of the referenced sources, the Federal Defendant denies them.

65. This paragraph states legal conclusions, not allegations of fact to which a response is required. Additionally, the referenced sources speak for themselves and provide the best evidence of their content. To the extent the allegations in this paragraph are inconsistent with the content of the referenced sources, the Federal Defendant denies them.

66. This paragraph states legal conclusions, not allegations of fact to which a response is required. Additionally, the referenced sources speak for themselves and provide the best evidence of their content. To the extent the allegations in this

paragraph are inconsistent with the content of the referenced sources, the Federal Defendant denies them.

**The Federal Handgun Ban Incorporated Into the State Handgun Ban**

67. This paragraph states legal conclusions, not allegations of fact to which a response is required. Additionally, the referenced sources speak for themselves and provide the best evidence of their content. To the extent the allegations in this paragraph are inconsistent with the content of the referenced sources, the Federal Defendant denies them.

68. This paragraph states legal conclusions, not allegations of fact to which a response is required. Additionally, the source referenced in this paragraph speaks for itself and provides the best evidence of its content. To the extent the allegations in this paragraph are inconsistent with the content of the referenced source, the Federal Defendant denies them.

69. This paragraph states legal conclusions, not allegations of fact to which a response is required. Additionally, the source referenced in this paragraph speaks for itself and provides the best evidence of its content. To the extent the allegations in this paragraph are inconsistent with the content of the referenced source, the Federal Defendant denies them.

70. This paragraph states legal conclusions, not allegations of fact to which a response is required. Additionally, the source referenced in this paragraph speaks for itself and provides the best evidence of its content. To the extent the allegations in this paragraph are inconsistent with the content of the referenced source, the Federal Defendant denies them.

71. This paragraph states legal conclusions, not allegations of fact to which a response is required. Additionally, the referenced sources speak for themselves and provide the best evidence of their content. To the extent the allegations in this paragraph are inconsistent with the content of the referenced sources, the Federal Defendant denies them.

72. This paragraph states legal conclusions, not allegations of fact to which a response is required.

73. This paragraph states legal conclusions, not allegations of fact to which a response is required.

74. This paragraph states legal conclusions, not allegations of fact to which a response is required. Additionally, the referenced sources speak for themselves and provide the best evidence of their content. To the extent the allegations in this paragraph are inconsistent with the content of the referenced sources, the Federal Defendant denies them.

**LEGAL FRAMEWORK**

75. The source referenced in this paragraph speaks for itself and provides the best evidence of its content. To the extent the allegations in this paragraph are inconsistent with the content of the referenced source, the Federal Defendant denies them.

76. This paragraph states legal conclusions, not allegations of fact to which a response is required. Additionally, the referenced sources speak for themselves and provide the best evidence of their content. To the extent the allegations in this

paragraph are inconsistent with the content of the referenced sources, the Federal Defendant denies them.

77. This paragraph states legal conclusions, not allegations of fact to which a response is required. Additionally, the source referenced in this paragraph speaks for itself and provides the best evidence of its content. To the extent the allegations in this paragraph are inconsistent with the content of the referenced source, the Federal Defendant denies them.

78. This paragraph states legal conclusions, not allegations of fact to which a response is required. Additionally, the source referenced in this paragraph speaks for itself and provides the best evidence of its content. To the extent the allegations in this paragraph are inconsistent with the content of the referenced source, the Federal Defendant denies them.

79. This paragraph states legal conclusions, not allegations of fact to which a response is required. Additionally, the source referenced in this paragraph speaks for itself and provides the best evidence of its content. To the extent the allegations in this paragraph are inconsistent with the content of the referenced source, the Federal Defendant denies them.

80. This paragraph states legal conclusions, not allegations of fact to which a response is required. Additionally, the referenced sources speak for themselves and provide the best evidence of their content. To the extent the allegations in this paragraph are inconsistent with the content of the referenced sources, the Federal Defendant denies them.

81. This paragraph states legal conclusions, not allegations of fact to which a response is required. Additionally, the source referenced in this paragraph speaks for itself and provides the best evidence of its content. To the extent the allegations in this paragraph are inconsistent with the content of the referenced source, the Federal Defendant denies them.

82. This paragraph states legal conclusions, not allegations of fact to which a response is required. Additionally, the source referenced in this paragraph speaks for itself and provides the best evidence of its content. To the extent the allegations in this paragraph are inconsistent with the content of the referenced source, the Federal Defendant denies them.

83. This paragraph states legal conclusions, not allegations of fact to which a response is required. Additionally, the source referenced in this paragraph speaks for itself and provides the best evidence of its content. To the extent the allegations in this paragraph are inconsistent with the content of the referenced source, the Federal Defendant denies them.

84. This paragraph states legal conclusions, not allegations of fact to which a response is required. Additionally, the referenced sources speak for themselves and provide the best evidence of their content. To the extent the allegations in this paragraph are inconsistent with the content of the referenced sources, the Federal Defendant denies them.

85. This paragraph states legal conclusions, not allegations of fact to which a response is required. Additionally, the source referenced in this paragraph speaks for itself and provides the best evidence of its content. To the extent the allegations

in this paragraph are inconsistent with the content of the referenced source, the Federal Defendant denies them.

86. This paragraph states legal conclusions, not allegations of fact to which a response is required. Additionally, the referenced sources speak for themselves and provide the best evidence of their content. To the extent the allegations in this paragraph are inconsistent with the content of the referenced sources, the Federal Defendant denies them.

87. This paragraph states legal conclusions, not allegations of fact to which a response is required. Additionally, the referenced sources speak for themselves and provide the best evidence of their content. To the extent the allegations in this paragraph are inconsistent with the content of the referenced sources, the Federal Defendant denies them.

88. This paragraph states legal conclusions, not allegations of fact to which a response is required.

89. This paragraph states legal conclusions, not allegations of fact to which a response is required. Additionally, the referenced sources speak for themselves and provide the best evidence of their content. To the extent the allegations in this paragraph are inconsistent with the content of the referenced sources, the Federal Defendant denies them.

90. This paragraph states legal conclusions, not allegations of fact to which a response is required. Additionally, the source referenced in this paragraph speaks for itself and provides the best evidence of its content. To the extent the allegations

in this paragraph are inconsistent with the content of the referenced source, the Federal Defendant denies them.

91. This paragraph states legal conclusions, not allegations of fact to which a response is required. Additionally, the source referenced in this paragraph speaks for itself and provides the best evidence of its content. To the extent the allegations in this paragraph are inconsistent with the content of the referenced source, the Federal Defendant denies them.

92. This paragraph states legal conclusions, not allegations of fact to which a response is required.

93. This paragraph states legal conclusions, not allegations of fact to which a response is required. Additionally, the source referenced in this paragraph speaks for itself and provides the best evidence of its content. To the extent the allegations in this paragraph are inconsistent with the content of the referenced source, the Federal Defendant denies them.

94. This paragraph states legal conclusions, not allegations of fact to which a response is required. Additionally, the source referenced in this paragraph speaks for itself and provides the best evidence of its content. To the extent the allegations in this paragraph are inconsistent with the content of the referenced source, the Federal Defendant denies them.

95. This paragraph states legal conclusions, not allegations of fact to which a response is required. Additionally, the source referenced in this paragraph speaks for itself and provides the best evidence of its content. To the extent the allegations

in this paragraph are inconsistent with the content of the referenced source, the Federal Defendant denies them.

96. This paragraph states legal conclusions, not allegations of fact to which a response is required. Additionally, the referenced sources speak for themselves and provide the best evidence of their content. To the extent the allegations in this paragraph are inconsistent with the content of the referenced sources, the Federal Defendant denies them.

97. This paragraph states legal conclusions, not allegations of fact to which a response is required.

**COUNT ONE – 42 U.S.C. § 1983 CLAIM FOR VIOLATION OF THE SECOND AND FOURTEENTH AMENDMENT AGAINST ALL DEFENDANTS EXCEPT PAMELA JO BONDI**

98. The Federal Defendant repeats and incorporates by reference each and every answer to the preceding paragraphs with the same force and effect as though fully set forth herein.

99. The allegations in this paragraph are not directed toward the Federal Defendant. Therefore, no response is required.

100. The allegations in this paragraph are not directed toward the Federal Defendant. Therefore, no response is required.

101. The allegations in this paragraph are not directed toward the Federal Defendant. Therefore, no response is required.

102. The allegations in this paragraph are not directed toward the Federal Defendant. Therefore, no response is required.

103. The allegations in this paragraph are not directed toward the Federal Defendant. Therefore, no response is required.

104. The allegations in this paragraph are not directed toward the Federal Defendant. Therefore, no response is required.

105. The allegations in this paragraph are not directed toward the Federal Defendant. Therefore, no response is required.

106. The allegations in this paragraph are not directed toward the Federal Defendant. Therefore, no response is required.

107. The allegations in this paragraph are not directed toward the Federal Defendant. Therefore, no response is required.

108. The allegations in this paragraph are not directed toward the Federal Defendant. Therefore, no response is required.

109. The allegations in this paragraph are not directed toward the Federal Defendant. Therefore, no response is required.

110. The allegations in this paragraph are not directed toward the Federal Defendant. Therefore, no response is required.

111. The allegations in this paragraph are not directed toward the Federal Defendant. Therefore, no response is required.

112. The allegations in this paragraph are not directed toward the Federal Defendant. Therefore, no response is required.

113. The allegations in this paragraph are not directed toward the Federal Defendant. Therefore, no response is required.

114. The allegations in this paragraph are not directed toward the Federal Defendant. Therefore, no response is required.

115. The allegations in this paragraph are not directed toward the Federal Defendant. Therefore, no response is required.

116. The allegations in this paragraph are not directed toward the Federal Defendant. Therefore, no response is required.

**COUNT TWO – CLAIM FOR VIOLATION OF THE SECOND AMENDMENT AGAINST DEFENDANT PAMELA JO BONDI**

117. The Federal Defendant repeats and incorporates by reference each and every answer to the preceding paragraphs with the same force and effect as though fully set forth herein.

118. This paragraph states legal conclusions, not allegations of fact to which a response is required.

119. This paragraph states legal conclusions, not allegations of fact to which a response is required. Additionally, the source referenced in this paragraph speaks for itself and provides the best evidence of its content. To the extent the allegations in this paragraph are inconsistent with the content of the referenced source, the Federal Defendant denies them.

120. This paragraph states legal conclusions, not allegations of fact to which a response is required.

121. This paragraph states legal conclusions, not allegations of fact to which a response is required.

122. This paragraph states legal conclusions, not allegations of fact to which a response is required. Additionally, the source referenced in this paragraph speaks for itself and provides the best evidence of its content. To the extent the allegations in this paragraph are inconsistent with the content of the referenced source, the Federal Defendant denies them.

123. This paragraph states legal conclusions, not allegations of fact to which a response is required.

124. This paragraph states legal conclusions, not allegations of fact to which a response is required.

125. This paragraph states legal conclusions, not allegations of fact to which a response is required.

## PRAYER FOR RELIEF

The unnumbered WHEREFORE paragraph, including all subparts thereof, contains Plaintiffs' prayer for relief, not allegations of fact to which a response is required. To the extent a response is required, the Federal Defendant denies all allegations contained in this paragraph and avers that Plaintiffs are not entitled to any of the relief sought.

## SEPARATE AND AFFIRMATIVE DEFENSES

Separately and affirmatively, the Federal Defendant alleges as follows:

1. The Complaint fails in whole or in part to state a claim upon which relief may be granted against the Federal Defendant.

2. The Court lacks subject matter jurisdiction over Plaintiffs' claim against the Federal Defendant.

3. One or more Plaintiffs lack standing to prosecute their claim against the Federal Defendant.

4. Plaintiffs' claim against the United States is not ripe for adjudication.

5. The Federal Defendant has not deprived Plaintiffs of any right, privilege, or immunity secured to them by the United States Constitution or any Act of Congress.

6. The challenged Federal restrictions are consistent with the Nation's historical tradition of firearm regulation.

7. The challenged Federal restrictions comport with the Second Amendment to the United States Constitution.

8. Plaintiffs are not entitled to an award of attorneys' fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d)(1)(A), or under any other statute or authority.

9. The Federal Defendant specifically reserves any and all affirmative defenses not specifically asserted herein to which he is entitled and reserves the right to amend this Answer to assert any additional defenses that may become known through investigation, discovery, research, or otherwise.

**LOCAL CIVIL RULE 11.2 CERTIFICATION**

Pursuant to Local Civil Rule 11.2, I, Kevin J. Maggio, Assistant United States Attorney for the District of New Jersey, hereby certify that, to the best of my knowledge, information, and belief, the matter in controversy is not the subject of any other action pending in any court, or of any pending arbitration or administrative proceeding.

*    *    *    *

WHEREFORE, having fully answered, the Federal Defendant respectfully requests that the Court enter judgment in his favor by dismissing the Complaint with prejudice and granting such other and further relief as the Court deems just and proper.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: *s/ Kevin J. Maggio*
KEVIN J. MAGGIO
Assistant United States Attorney
Senior Trial Counsel, Civil Division
*Attorneys for the Federal Defendant*

Dated: September 8, 2026