**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

*Robert Frazer*
*United States Attorney*

*Kevin J. Maggio*
*Assistant United States Attorney*
*Senior Trial Counsel, Civil Division*

*401 Market Street, 4th Floor*
*P.O. Box 2098*
*Camden, NJ 08101*
*kevin.maggio@usdoj.gov*

*Main: (856) 757-5026*
*Direct: (973) 986-6708*
*Fax: (856) 968-4917*

October 8, 2026

**Via Electronic Filing**
Hon. Rukhsanah L. Singh, U.S.M.J.
United States District Court
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

**Re: *Hague v. Platkin*, No. 25-cv-8826 (RK) (RLS)**
**Joint Request for 30-Day Extension of Time to Request Pre-Motion Conference**

Dear Judge Singh:

This Office represents the Federal Defendant in the above-referenced matter. We respectfully write on behalf of the Parties to jointly request a 30-day extension of the Parties' October 8, 2026 deadline to file a joint letter requesting a pre-motion conference with the Honorable Robert Kirsch for purposes of setting a summary judgment briefing schedule. *See* Letter Order, ECF No. 65. If this request is granted, the new deadline would be November 9, 2026.

The Parties respectfully contend that good cause exists to grant this request. Specifically, the Attorney General of the United States recently asked the U.S. Department of Justice's Office of Legal Counsel ("OLC") whether 18 U.S.C. § 922(b)(1) and (c)(1), along with their implementing regulations, comport with the Second Amendment to the U.S. Constitution. On September 17, 2026, OLC addressed those questions in a published opinion and determined that the challenged restrictions are inconsistent with the Second Amendment.[1] In light of this development, the Federal Defendant and Plaintiffs are meeting and conferring in an effort to potentially resolve Plaintiffs' claims against the United States without the need for motion practice. If granted, this extension will enable the Federal

[1] *See generally Application of 18 U.S.C. § 922(b)(1) and (c)(1) to Young Adults*, Slip Op., O.L.C., Sept. 17, 2026, https://www.justice.gov/olc/media/1461811/dl.

Defendants and Plaintiffs to further those efforts and the Parties to determine the most efficient path forward for this matter.

If this request meets with the Court's approval, we respectfully request that Your Honor "So Order" this letter and have the Clerk's Office file it on the docket. We thank the Court for its consideration of this request.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: *s/ Kevin J. Maggio*
KEVIN J. MAGGIO
Assistant United States Attorney
Senior Trial Counsel, Civil Division
*Attorneys for the Federal Defendant*

cc: All counsel of record (*via electronic filing*)

**SO ORDERED**

**Robert Kirsch, U.S.D.J.**
**Date:** October 8, 2026