*State of New Jersey*
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
PO Box 45029
Newark, NJ 07101

MIKIE SHERRILL
*Governor*

JENNIFER DAVENPORT
*Attorney General*

MICHAEL C. WALTERS
Director

November 9, 2026

**VIA CM/ECF**
Hon. Robert Kirsch, U.S.D.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

Re: *Lily Hague et al. v. Jennifer Davenport et al.* (Docket No. 3:25-cv-08826-RK-RLS)

Dear Judge Kirsch:

This office represents Defendants, Jennifer Davenport, Attorney General of the State of New Jersey; Jeanne Hengemuhle, Superintendent of the New Jersey State Police; and Raymond S. Santiago, Monmouth County Prosecutor, in the above-referenced matter (together "State Defendants").

Consistent with Your Honor's Text Order Entered October 9, 2026, *see* ECF No. 69, the State Defendants, Defendant George Baumann, and Plaintiffs respectfully submit this joint letter regarding a briefing schedule on summary judgment motions in this matter.

The State Defendants, Defendant Baumann, and Plaintiffs understand that the Attorney General of the United States (the "Federal Defendant") has submitted a separate letter today advising the Court that the Federal Defendant will seek to file a motion to dismiss the claims against it on mootness and standing grounds. *See* ECF No. 70.

124 Halsey Street • TELEPHONE: (609) 696-5366 • jonathan.mangel@law.njoag.gov
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*

The undersigned parties jointly request that summary judgment motion practice in this matter be stayed until the Federal Defendant's forthcoming motion to dismiss is fully resolved. Within 30 days of full resolution of that motion to dismiss, the parties shall submit a joint letter requesting a pre-motion conference to discuss summary judgment briefing.

Respectfully submitted,

JENNIFER DAVENPORT
ATTORNEY GENERAL OF NEW JERSEY
By: /s/ *Jonathan B. Mangel*
Jonathan B. Mangel
Deputy Attorney General
*Attorney for State Defendants*

CHAMLIN, ULIANO & WALSH, PA
By: */s/ Charles J. Uliano*
Charles J. Uliano, Esq.
*Attorneys for Defendant Baumann*

WHITEFORD, TAYLOR & PRESTON, LLP
By: */s/ Bradley P. Lehman*
Bradley P. Lehman, Esq.
*Attorney for Plaintiffs*

cc: All counsel of record (*via electronic filing*)